2-751223

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

---------------------------------------------------- )
ZIM INTEGRATED SHIPPING )
SERVICES, LTD., as agents for )
SETH SHIPPING, )
                                                                     Plaintiff, )
                                                                        )          CIVIL COMPLAINT
           - against - )         IN ADMIRALTY
                                                                         )
BRASTILE, INC., a/k/a TILE & MARBLE )
BY BRASTILE, )
                                                     Defendant. )
---------------------------------------------------- )

      Plaintiff ZIM INTEGRATED SHIPPING SERVICES, LTD., as agents for SETH SHIPPING, by its attorneys WALTON LANTAFF SCHROEDER & CARSON, as and for its Complaint against defendant, BRASTILE, INC., a/k/a TILE & MARBLE BY BRASTILE, in personam, in a cause of action civil and maritime, alleges upon information and belief:

      1. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, and the Ocean Shipping Reform Act of 1999, 46 U.S.C. App. Section 1701, et seq.

      2. At all times hereinafter mentioned, plaintiff, ZIM INTEGRATED SHIPPING SERVICES, LTD. was and still is a corporation organized and existing under the laws of the State of New York, with offices and a place of business at 5801 Lake Wright Drive, Norfolk, VA 23502.

3. Upon information and belief and at all times hereinafter mentioned, defendant had and now has the legal status and place of business at set forth in Schedule A.

4. On or about the dates and at the ports of shipment stated in Schedule A, certain goods were delivered to plaintiff to be carried to the ports of destination and at the agreed charges to be paid by defendant pursuant to plaintiff's published tariff, all as set forth in Schedule A.

5. Thereafter, the goods were transported to the ports of destination and delivered to the shipper and/or its agents, and/or consignee and/or its agents.

6. Plaintiff has performed all duties and obligations required to be performed by plaintiff.

7. Defendant has failed and refused and continues to fail and to refuse to remit $3,398.50, although duly demanded.

8. By reason of the foregoing, plaintiff has sustained damages in the amount of $3,398.50 which, although duly demanded, have not been paid.

WHEREFORE, plaintiff prays:

1. For judgment in the amount of plaintiff's damages, together with interest thereon from the respective dates due, costs, disbursements, and reasonable attorney's fees.

2. That process in due form of law according to the practice of this Court in cases of admiralty and maritime jurisdiction may issue against the defendant citing it to appear and answer all the singular matters aforesaid.

3.   That plaintiff have such other and further relief in the premises as in law and justice it may be entitled to receive.

DATED this 13 day of December, 2012.

James T. Armstrong
Florida Bar No. 299685
jarmstrong@waltonlantaff.com
WALTON LANTAFF SCHROEDER & CARSON
Attorney for Plaintiff
9350 Financial Centre, 10th Floor
9350 South Dixie Highway
Miami, FL 33156
Telephone: 305-671-1300
Fax No.    305-670-7065


Of Counsel:
Law Offices of Albert J. Avallone & Associates

## SCHEDULE A

I. <u>Defendant's status & address:</u>

A. Upon information and belief and at all times hereinafter mentioned, defendant BRASTILE, INC., a/k/a TILE & MARBLE BY BRASTILE was and still is a company organized and existing under the laws of the State of Florida, with offices and a place of business at 110 N.E. 179th St., Miami, FL 33162.

II. <u>Particulars</u>:

1. Bill of Lading No. SSPHLAX11316, dated May 22, 2009, from Alexandria to Port Everglades on the Vessel HS DISCOVERER, one (1) twenty-foot container SAID TO CONTAIN: GALALA TUMBLED PAVERS FRENCH PATTERNS, at the applicable tariff charge of $1,100.00 (Exhibit A).
Amount Paid: $0                              Amount Due: $1,100.00

2. Bill of Lading No. SSPHMIA044442, dated June 23, 2010, from Port Everglades to Alexandria on the Vessel VEGA AZURIT, one (1) forty-foot Open Top container SAID TO CONTAIN: MARBLE SLABS NEW BEIGE, at the applicable tariff charge of $2,298.50 (Exhibit B).
Amount Paid: 0                               Amount Due: $2,298.50

III. <u>Total Amount Due:  $3,398.50</u>

# Seth Shipping

**BILL OF LADING FOR PORT TO PORT OR COMBINED TRANSPORT**

**SHIPPER / EXPORTER (NAME & ADDRESS)**
UNISTONE IMPORT& EXPORT CO
93, EL AMAL TOWERS,7TH FLOOR , SHAQ
EL THOBAN ,INDUSTRIAL ZONE,MAADI
CAIRO-EGYPT TEL:(202)2701-1059

**BOOKING No.**

**BILL OF LADING No.**
SSPHALX11316

**EXPORT REFERENCES**
NOT NEGOTIABLE

**CONSIGNEE (NAME & ADDRESS)**
Citibank,N.A.C/O Its Service,
Citicorp North, Inc.Sort#4000 3800
Citibank Center Building B,3rd Floo
Tampa, FL 33610 TEL:813-604-7000

(B/L NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)

**FORWARDING AGENT F.M.C. No.**

**POINT AND COUNTRY OF ORIGIN (FOR MERCHANT'S REFERENCE ONLY)**

**NOTIFY (NAME & ADDRESS)**
TILE & MARBLE BY BRASTILE
110 NE 179 STREET
MIAMI FLORIDA 33162
TEL: PLUS 3056538337 FAX: PLUS 3056

**REMARKS / EXPORT OR OTHER INSTRUCTIONS**
SHIPPED ON BOARD 05/22/09
FREIGHT PREPAID
SHIPPERS STOW LOAD & COUNT
CLEAN ON BOARD
BOOKING NUMBER:SSPHALX11316
BAD LASHING / FIXING OF CARGO

**INITIAL CARRIAGE**

**PLACE OF RECEIPT OF GOODS** (IF CONTRACTED FOR)

**VESSEL**: HS DISCOVERER   **VOY.**   **PORT OF LOADING**: 155/W   ALEXANDRIA

**PORT OF DESTINATION**: PORT EVERGLADES (FL)   **FINAL DESTINATION** (IF CONTRACTED FOR)

**FURTHER ROUTING (AT MERCHANT'S EXPENSE, RISK AND RESPONSIBILITY)**

### PARTICULARS AS FURNISHED BY SHIPPER

| MKS & NOS. / CONT. NOS. | DESCRIPTION OF GOODS | WEIGHT KGS | MEASUREMENT M3 |
|---|---|---|---|
| CONT:CLHU2914394<br>1 CNT<br>SEAL: 030797<br>/DV20 (CY/CY)<br>1X20'DV | 24 BOXES<br>SHIPPER LOAD & COUNT<br>CONT    PCS   BOXES    M2<br>CLHU 291439/4  2880   24   345.60<br>GALALA TUMBLED PAVERS FRENCH PATTERNS 3CM<br>WEIGHT:20.00 TONS<br><br>SHIPPER'S LOAD STOWAGE & COUNT<br>CONT TARE WEIGHT:    2200 | 20,000.000 | 0.000 |
| 1 | CONT TOT. TARE : 2,200 | CARGO W : TOTAL 20,000.000 | |

NOT NEGOTIABLE

| DETAILS | RATE PER | AMOUNT | FREIGHT PREPAID | COLLECT |
|---|---|---|---|---|
| OCEAN FREIGHT | L | USD 1,100.00 | 1,100.00 | |
| AD VALOREM FREIGHT<br>Ad valorem freight will be | | USD<br>TOTAL | 1,100.00 | |

**RESPONSIBILITY ON CARGO**
F.I.(ADD INCLUDED)

**FREIGHT PAYABLE AT**
ALEXANDRIA

**No. OF ORIGINAL B/L ISSUED**
ONE

**PLACE AND DATE OF ISSUE**
ALEXANDRIA on 05/22/09

Without prejudice to the generality of the foregoing, the Merchant's attention is drawn to the fact that the terms of the Bill of Lading are continued on reverse side hereof and include limitations of liability in respect of loss or damage to the goods and delay.
In addition, attention is drawn, inter alia, to Clauses 7 (Notice of Loss, Time Bar), 13 (Merchant's Declarations), 19 (Lien), 14 (Dangerous and Hazardous Goods) and 22 (Law and Jurisdiction). The Package limitation mentioned in Clause 21 will not be applicable in the event that contents are carefully declared, itemized, valued by the Merchant prior to loading and Ad Valorem Freight is paid or contracted for.



EXHIBIT "A"

# Seth Shipping

**BILL OF LADING FOR PORT TO PORT OR COMBINED TRANSPORT**

| SHIPPER / EXPORTER (NAME & ADDRESS) | BOOKING No. | BILL OF LADING No. |
|---|---|---|
| BRASTILE INC.<br>110 NE 179 ST<br>MIAMI FL 33162 | MIA128341/1 | SSPHMIA044442 |

EXPORT REFERENCES

**NOT NEGOTIABLE**

| CONSIGNEE (NAME & ADDRESS) | FORWARDING AGENT F.M.C. No. |
|---|---|
| UNISTONE MARBLE IMP & EXP.<br>93, EL AMAL TOWER, 7TH FLOOR, SHAQ<br>EL THOBAN, INDUSTRIAL ZONE<br>MANDI, CAIRO EGYPT<br>EGYPT | |

POINT AND COUNTRY OF ORIGIN (FOR MERCHANT'S REFERENCE ONLY)

(B/L NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)

| NOTIFY (NAME & ADDRESS) | REMARKS / EXPORT OR OTHER INSTRUCTIONS |
|---|---|
| UNISTONE MARBLE IMP & EXP.<br>TEL: 20227011059 | SHIPPED ON BOARD 06/23/10<br>FREE OUT |

| INITIAL CARRIAGE | PLACE OF RECEIPT OF GOODS * (IF CONTRACTED FOR) | | |
|---|---|---|---|
| VESSEL * VEGA AZURIT | VOY. | PORT OF LOADING * 436/S PORT EVERGLADES (F | |
| PORT OF DESTINATION * ALEXANDRIA | FINAL DESTINATION * (IF CONTRACTED FOR) | FURTHER ROUTING (AT MERCHANT'S EXPENSE, RISK AND RESPONSIBILITY) | |

PARTICULARS AS FURNISHED BY SHIPPER

| MKS & NOS. / CONT. NOS. | DESCRIPTION OF GOODS | WEIGHT KGS | MEASUREMENT M3 |
|---|---|---|---|
| CONT:ZIMU4632139<br>1 CNT<br>SEAL: PQ242227<br>/OT20 | 7 PIECE<br>X OT 20 S.L.A.C.<br>MARBLE SLOBS NEW BEIGE<br>2 & 3 CM<br>FREIGHT COLLECT<br>ITN: X20100621028472<br><br>SHIPPER'S LOAD,STOWAGE & COUNT<br>CONT TARE WEIGHT:     2200 | 20,000.000 | 0.000 |
| | 1   CONT TOT. TARE : 2,200 | CARGO W :  TOTAL  20,000.000 | |

*NOT NEGOTIABLE*

| DETAILS | RATE PER | AMOUNT | FREIGHT PREPAID | COLLECT |
|---|---|---|---|---|
| CHARGES AS PER ATTACHED LIST<br>CLAUSES AS PER ATT.LIST | | | | |
| | AD VALOREM FREIGHT | | | |

MERCHANT'S DECLARED VALUE OF GOODS:
If Merchant enters a value, Carriers "package" limitation of liability shall not apply and ad valorem freight will be charged (See Clause 21)

TOTAL

NOTE: [illegible fine print]

| FREIGHT PAYABLE AT | No. OF ORIGINAL B/L ISSUED |
|---|---|
| PORT EVERGLADES (FL) | THREE |
| PLACE AND DATE OF ISSUE | |
| MIAMI (FL) on 06/23/10 | |

Without prejudice to the generality of the foregoing, the Merchant's attention is drawn to the fact that the terms of the Bill of Lading are continued on reverse side hereof and include limitations of liability in respect of loss or damage to the goods and delay.
In addition, attention is drawn, inter alia, to Clauses 7 (Notice of Loss, Time Bar), 13 (Merchant's Declarations), 19 (Lien), 14 (Dangerous and Hazardous Goods) and 22 (Law and Jurisdiction). The Package limitation mentioned in Clause 21 will not be applicable in the event that contents are carefully declared, itemized, valued by the Merchant prior to loading and Ad Valorem Freight is paid or contracted for.

**EXHIBIT "B"**

ATTACHED LIST FOR B/L:   SSPHMIA044442

VESSEL: VEGA AZURIT        VOYAGE: 436/S
LOAD PORT:   PORT EVERGLADES (FL)

DISCHARGE PORT: ALEXANDRIA        DESTINATION:

| CHARGES DETAILS | | RATE | | FREIGHT | |
|---|---|---|---|---|---|
| | | | | PREPAID | COLLECT |
| INTERNATIONAL SHIP SECURITY | C | USD | 10.00 | 10.00 | |
| WHARFAGE | GWT | USD | 2.50 | 55.50 | |
| ORIGIN PORT/TERMINAL SECURITY CHARGE | C | USD | 8.00 | 8.00 | |
| EMERGENCY BUNKER CHARGE | C | USD | 100.00 | 100.00 | |
| E.R.C - EMERGENCY REVENUE CHARGE | C | USD | 125.00 | 125.00 | |
| OCEAN FREIGHT | C | USD | 2,000.00 | 2,000.00 | |
| Totals: | | USD | | 2,298.50 | |

CLAUSES:

EGYPT DEMURRAGE FOR SPECIAL EQUIP.
1-9 DAYS FREE.
10-16 DAYS $19 PER DAY PER 20' AND $33 PER DAY PER 40'
17-30 DAYS $25 PER DAY PER 20' AND $45 PER DAY PER 40'
31- OVER  $45 PER DAY PER 20' AND $85 PER DAY PER 40'
ALL EXPENSES AT ALL EGYPTIAN PORTS
UP TO AND INCLUDING THE RELOADING OF THE EMPTY
CONTAINER ARE ON RECEIVER'S ACCOUNT.
SEAWAY B/L - NO ORIGINAL ISSUED
SHIPPER'S REMARK: THESE COMMODITIES, TECHNOLOGY OR
SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN
ACCORDANCE WITH THE EXPORT ADMINISTRATION
REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW IS PROHIBITED.